UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In the Matter of the                                    )
ESTATE OF STEVEN FRANK GOBLE,  )   4:15-cv-153-RLY-DML
DECEASED                                               )
_____ )

**ENTRY ON THE AMENDED MOTION FOR ENTRY OF AGREED ORDER**

Before the court is the Amended Motion for Entry of Agreed Order filed by the United States of America. In the Amended Motion, the USA; Stephanie L. Brennan, Personal Representative of the Estate of Steven Frank Goble, Deceased; Carla Goble, First Savings Bank; Kraft Funeral Services; and the State of Indiana Department of Revenue, claimants, agree and stipulate that the September 24, 2015 Order of the Floyd Circuit Court entitled "Order on Personal Representative's Final Account; Petition to Settle and Allow Account; and Petition for Hearing to Determine Payment of Claims, Distribute Assets Remaining, and Close Estate" should be modified to the extent that it determined the federal tax liens to be inferior to any other claim or interest and also to the extent that it authorized the distribution of any funds without first satisfying the federal tax liens. The parties request that the September 24 Order be modified to reflect the following final distributions from the estate:

1. Payment of administrative expenses from estate assets as follows:

    A.   $3,000 to Wyatt, Tarrant & Combs, LLP for attorney fees; and

    B.   $500 to Rodefer Moss for accounting fees.

2. $12,706.71 to Kraft Funeral Home for Funeral Expenses.

1

3.     $45,343.90, or the remainder amount currently held by the estate, to the U.S. Department of Treasury.

4.     $90,822.31, or the amount currently held by the Clerk of the Court, Floyd County, for the benefit of the estate creditors in this matter, to the U.S. Department of Treasury.

The court finds the Amended Motion for Agreed Order (Filing No. 12) should be and is hereby **GRANTED**. The Personal Representative is **ORDERED** to provide notice to the court when distributions have been completed. **IT IS FURTHER ORDERED** that this case shall be remanded to the Floyd Circuit Court, New Albany, Indiana, after the later of: (1) 60 days from the date of this Entry, or (2) five days after the date of the Personal Representative's notice of distributions.

The USA's Motion to Vacate State Court Order (Motion to Correct Error) (Filing No. 4) is **DENIED as MOOT** and the USA's Motion for Entry of Agreed Order (Filing No. 10) is also **DENIED as MOOT**.

**SO ORDERED** this 1st day of April 2016.

                                         RICHARD L. YOUNG, CHIEF JUDGE
                                         United States District Court
                                         Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copies to:

Christina M. Eurton
Clerk, Floyd County Circuit Court
311 Hauss Square
New Albany, IN  47150
Attn:  Mary Pat Underwood

Gary T. Banet
Wyatt, Tarrant & Combs, LLP
120 W. Spring Street, Suite 300
P.S. Box 649
New Albany, IN  47151-0649

John S. Phillipp
Assistant Attorney General
Office of the Attorney General
Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN  46204

Steven T. Naville
Attorney for Carla Goble
Lorch Naville Ward, LLC
P.O. Box 1343
New Albany, IN  47151

Chad S. Kraft
Kraft Funeral Services
2776 Charlestown Road
New Albany, IN  47150

William E. Smith, III
Attorney for First Savings Bank FSB
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN  47150

Josh Minkler
United States Attorney

Jeffrey L. Hunter
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN  46204

Sarah T. Mayhew
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

Scott Goble
5830 Smith Road
Floyds Knobs, IN  47119